UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSHATOIA LAROSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC,<br><br>　　　　　Defendant. | Case No. 24-cv-04299-PCP<br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff Pshatoia LaRose seeks to proceed in forma pauperis and filed a complaint against Apple Inc asserting product liability, antitrust, and trade secrets claims. The Court previously denied her request to proceed in forma pauperis because her application indicated that she had a bank account with a balance of $21,000. The Court ordered Ms. LaRose to either pay the court's filing fee or to submit a new application to proceed in forma pauperis by October 11, 2024; to date, she has done neither of these things.

　　　　The Court also reviewed Ms. LaRose's complaint pursuant to 28 U.S.C. § 1915(e)(2) and held that the complaint failed to state a claim upon which relief can be granted because it did not include any factual allegations to support its legal claims. The Court granted Ms. LaRose leave to file an amended complaint "that includes detailed factual allegations sufficient to establish he plausibility of her claims." Ms. LaRose filed a second complaint, styled as an "amended complaint." But in all relevant respects, Ms. LaRose's amended complaint is identical to her original complaint and again includes no factual allegations to support its legal claims.

　　　　Because Ms. LaRose has not filed an amended complaint and because she has not paid the court's filing fee, she is ordered to show cause why her case should not be dismissed. To do so, she must file a statement explaining the basis for her failure to file a properly amended complaint

1  and to either pay the court's filing fee or alternatively file a new application to proceed in forma
2  pauperis. The deadline for Ms. LaRose to file such a statement is **July 29, 2025**. If the Court does
3  not receive Ms. LaRose's statement by that date, the Clerk shall close the file in this case and the
4  complaint will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 17, 2025

P. Casey Pitts
United States District Judge

2