UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PSHATOIA LAROSE,

           Plaintiff,

      v.

APPLE INC,

          Defendant.

Case No.  24-cv-04299-PCP

**ORDER DISMISSING CASE**

Pro se plaintiff Pshatoia LaRose filed this case against Apple Inc asserting product liability, antitrust, and trade secret claims. The Court previously denied her request to proceed in forma pauperis and ordered her to either pay the court's filing fee or to submit a new application to proceed in forma pauperis. The Court further reviewed Ms. LaRose's complaint pursuant to 28 U.S.C. § 1915(e)(2) and held that the complaint failed to state a claim upon which relief can be granted and granted Ms. LaRose leave to file an amended complaint. Months passed and Ms. LaRose did not pay the court's filing fee, submit a new application to proceed in forma pauperis, or file an amended complaint. The Court therefore ordered Ms. LaRose to show cause explaining the basis for her failure to do any of these three things. The Court set a deadline of July 29, 2025 for Ms. LaRose to file a statement showing cause, warning that if she failed to do so, her case would be dismissed. Ms. LaRose never filed such a statement. The Court therefore dismisses her case without prejudice. The Clerk shall close the file in this case.

     **IT IS SO ORDERED.**

Dated: August 5, 2025

P. Casey Pitts
United States District Judge